UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDRA HOBBS, on behalf of herself and all other persons similarly situated,

                Plaintiff,

-v-

CHARISMA BRANDS, LLC,

                Defendant.

CIVIL ACTION NO.: 22 Civ. 4187 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On November 10, 2022, the Court directed the parties to file a stipulation of dismissal (the "Stipulation") by Monday, December 12, 2022.  (ECF No. 16).  To date, the parties have failed to file the Stipulation.  Accordingly, by **Monday, December 19, 2022**, the parties shall file the Stipulation for the attention of the Honorable Andrew L. Carter, Jr.

Dated:    New York, New York
             December 13, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**