**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/14/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

ALEXANDRA HOBBS, ON BEHALF OF
HERSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

           Plaintiff,

    v.

CHARISMA BRANDS, LLC,

           Defendant.

------------------------------------------------x

No.: 1:22-cv-4187

ECF CASE

**Stipulation of Dismissal**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, ALEXANDRA HOBBS, and Defendant, CHARISMA BRANDS, LLC, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
       December 13, 2022

**GOTTLIEB & ASSOCIATES**

_[signature]_

Michael A. LaBollita, Esq.,
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Michael@Gottlieb.legal
*Attorneys for Plaintiffs*

**O'HAGAN MEYER**

_[signature]_

Ryan T. Benson, Esq.
One E Wacker, Suite 3400
Chicago, IL 60601
Phone: 312.422.6138
Fax: 312.422.6110
Rbenson@ohaganmeyer.com
*Attorney for Defendant*

SO ORDERED:

_[signature]_

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

12/14/2022